Form ntcff (01/2006)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Jeremy B Kaufman

Debtor(s).

Case Number: 10–19787–SJS
Chapter: 7

## NOTICE OF FILING FEE INSTALLMENT PAYMENTS

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the final installment payment on your filing fee is due by **December 17, 2010** OR THIS CASE WILL BE DISMISSED.

YOU WILL NOT receive any further notices from the office of the clerk on payment due.

- [x] $299.00 Chapter 7 Filing Fee
- [ ] $239.00 Chapter 12 Filing Fee
- [ ] $1039.00 Chapter 11 Filing Fee

YOUR PAYMENTS should be mailed to the following address:

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

Questions regarding your payments should be directed to the Finance Department at (206) 370–5221.

YOU ARE REQUIRED to inform the Court in writing of any change of address.

Dated: August 20, 2010

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: Cyndi Tamayao
Deputy Clerk

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: cyndit              Page 1 of 1              Date Rcvd: Aug 20, 2010
Case: 10-19787                Form ID: ntcff            Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 22, 2010.
```
db              +Jeremy B Kaufman,    4018 SW 106th St.,    Seattle, WA 98146-1169
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**                    Signature:    _Joseph Speetjens_